# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| James Francis Connor V | ) | 15-mj-4342-DHH |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 18-26, 2015  in the county of  Suffolk  in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(d) | Extortion |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Brendan Fogerty
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/29/2015

_____
*Judge's signature*

City and state:  Boston, Massachusetts        US Magistrate Judge David H. Hennessy
*Printed name and title*