Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** James Francis Connor V                    **Case Number:** 15-CR-10398

**Name of Sentencing Judicial Officer:** Honorable William G. Young, U.S. District Judge

**Date of Original Sentence:** April 07, 2016

**Original Offense:** Cyberstalking, in violation of 18 U.S.C. § 2261(2)(B), and Extortion, in violation of 18 U.S.C. § 875(d)

**Original Sentence:** Time Served (27) days of custody followed by 36 months of supervised release

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** April 6, 2016

---

### NON-COMPLIANCE SUMMARY

**Violation Number**      **Nature of Noncompliance**

   I          **Violation of Special Condition of Supervised Release:** The defendant shall not possess or use a computer, internet-capable device, or similar electronic device or have access to any online service without the prior approval of the Probation Office.

              On March 27, 2017 the Eastern District of Pennsylvania U.S. Probation Office was notified that the West Goshen Police Department was dispatched to the defendant's residence. The police responded to the residence because a female friend contacted police after Mr. Connor advised that he wanted to commit suicide. After further investigation by the probation officer, it was uncovered that the defendant obtained a mobile phone with internet capabilities without permission from the probation office. The defendant accessed the internet through this device and was in a chat room with his female friend who contacted police. Mr. Connor subsequently admitted to obtaining this mobile phone and accessing the internet without permission for a period of three months. Mr. Connor has denied accessing the internet to engage in similar behavior which occurred during the instance offense. He informed the undersigned officer that he was accessing chat rooms for Bi-polar support system.

**U.S. Probation Officer Action:**

The probation office is not recommending any further action at this time, but is notifying the Court. The probation office recommends that Mr. Connor undergo a polygraph examination and the probation office will recommend additional course of action once the polygraph examination results are received.

Please be advised that Mr. Connor successfully completed 10-month term of home confinement with electronic monitoring on February 8, 2017, without incident. The defendant is currently employed, and has been completing community service since he completed home confinement with electronic monitoring. Mr. Connor has attended all mental health treatment sessions, and his therapist has provided positive progress updates. The Eastern District of Pennsylvania has requested that Jurisdiction of this case be transferred and our office will begin that process as soon as possible.

| Reviewed/Approved by: | Respectfully submitted, |
|---|---|
| Jeffrey R. Smith | Allyson Cormier |
| */s/ Jeffrey R. Smith* | by */s/ Allyson Cormier* |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | Date:         4/25/2017 |

*No Response is necessary unless the court directs that additional action be taken as follows:*

[  ]  Approved
[  ]  Submit a Request for Modifying the Conditions or Term of Supervision
[  ]  Submit a Request for Warrant or Summons
[  ]  Other

_____
The Honorable Richard G. Stearns
U.S. District Judge


_____
Date